STATE OF MONTANA ex rel. CHARLOTTE L. RESNER, PLAINTIFF AND PETITIONER, v. THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF MINERAL, AND THE HONORABLE JACK L. GREEN, A DISTRICT JUDGE THEREOF, DEFENDANTS AND RESPONDENTS.

No. 12488.
Decided April 11, 1973.
522 P.2d 92.
See **C.J.S.**, Criminal Law, § 1618(11).

ORDER

No. 12587.
Decided Nov. 12, 1973.
522 P.2d 91.

ORDER

PER CURIAM:

Petitioner filed an application for an appropriate writ to review the actions of the district court in the case of Resner v. Northern Pacific Railway, our cause No. 12104, reported in Mont. 505 P.2d 86. Petitioner contends that the district court misconstrued the remittitur of this Court in entering judgment.

The matter was set for an adversary hearing. Upon that hearing counsel for the parties appeared by briefs and in oral argument and the matter was taken under advisement.

The Court having now considered the arguments, briefs and the previous proceedings in regard to cause No. 12104, as above entitled, it is ordered that the relief requested be denied and this proceeding is ordered dismissed.